IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO AVITIA-MARQUEZ,<br><br>Defendant. | 4:15-CR-3103<br><br>ORDER |

This matter is before the Court on the defendant's motion to voluntarily dismiss his 28 U.S.C. § 2255 motion (filing 49). The motion will be granted.

IT IS ORDERED:

1. The defendant's motion to dismiss (filing 49) is granted.

2. The defendant's § 2225 motion (filing 43) is dismissed without prejudice.

3. The Clerk of the Court shall close case no. 4:16-cv-3104.

Dated this 12th day of December, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge